IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

FILED
DES MOINES, IOWA
99 MAR 10 PM 2:54
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CONSUL GENERAL OF THE REPUBLIC OF INDONESIA, <br><br>Plaintiff, <br><br>v. <br><br>BILL'S RENTALS, INC., COLTON & ASSOCIATES, INC., AND DAVID KEVIN MCGRATH, <br><br>Defendants. | 3-98-CV-90135 <br><br><br><br><br><br><br><br>ORDER |

Having today heard oral argument in the above captioned matter, the Court hereby DISMISSES without prejudice Defendants' Motion to Dismiss (docket no. 9) and Defendants' Motions to Strike (docket nos. 4 and 7) and GRANTS the parties' oral request for time to conduct discovery on the limited issues surrounding Plaintiff's constitutional standing to bring suit and Plaintiff's position as a real party in interest under Federal Rule of Civil Procedure 17(a). The parties are given forty-five days to complete discovery and Defendants, if they wish, shall renew their objections by April 26, 1999 by re-filing their Motion to Dismiss or filing a Motion for Summary Judgment. The Motions to Strike likewise may be re-filed after such time as this Court decides that the parties are properly before it.

In addition, Plaintiff's Motions for Additional Time to Respond (docket nos. 10 and 11) are DISMISSED as moot.

IT IS SO ORDERED.

Dated this 10th day of March, 1999.

ROBERT W. PRATT
U.S. DISTRICT JUDGE

COPIES TO COUNSEL
MAILED ON   3-11-99
BY   ala